James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
3435 Wilshire Blvd., Ste. 990
Los Angeles, CA 90010
Phone:   213-368-5000
Fax:       213-368-5009

Attorneys for Chapter 7 Trustee,
Carolyn A. Dye

**FILED & ENTERED**

**JUN 02 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

<u>NOT FOR PUBLICATION</u> CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

RAMON DE JESUS CONTRERAS, aka RAMON CONTRERAS,

　　　　Debtor,

MARIA DEL ROSARIO CONTRERAS, aka ROSARIO CONTRERAS, aka MARIA CONTRERAS, aka MARIA R. CONTRERAS,

　　　　Joint Debtor.

Case No. 2:11-bk-17125-RK

Chapter 7

[Honorable Robert N. Kwan]

**ORDER DENYING MOTION FOR ORDER (i) VACATING ORDER ENTERED MAY 1, 2013 (AUTHORIZING SURCHARGE AND DISTRIBUTION OF CASH COLLATERAL) AND (ii) AUTHORIZING DISTRIBUTION TO THE ESTATES CREDITORS WITH ALLOWED CLAIMS**

Date:　May 30, 2017
Time:　2:30 p.m.
Place:　255 E. Temple Street
　　　　Courtroom 1675
　　　　Los Angeles, CA 90012
Judge: Hon. Robert N. Kwan

　　　A hearing on the Trustee's *Motion for Order (i) Vacating Order Entered May 1, 2013 (Authorizing Surcharge and Distribution of Cash Collateral) and (ii) Authorizing Distribution to the Estate's Creditors with Allowed Claims* (docket no. 561) ("<u>Motion</u>") came on for hearing on

---

ORDER DENYING MOTION TO VACATE ORDER ENTERED ON MAY 1, 2013　　　　1

May 30, 2017 at 2:30 p.m. before the Honorable Robert N. Kwan, United States Bankruptcy Judge presiding.  Appearances were noted on the record.  Having considered the Motion, and for the reasons stated in the Court's tentative ruling (attached hereto as Exhibit A), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is denied without prejudice.

**IT IS SO ORDERED.**

### 

Date: June 2, 2017

_____
Robert Kwan
United States Bankruptcy Judge

EXHIBIT A – TENTATIVE RULING

Deny motion to vacate cash collateral distribution order to negate distribution of approximately $260,000 after surcharge to secured creditors Bank of America, N.A., and Bank of New York-Mellon previously ordered by the court.  Denial will be without prejudice.  First, the proper authority for such motion is not 11 U.S.C. 105(a), but FRBP 9024 and FRCP 60(b)(5) for relief from judgment because applying it prospectively is no longer equitable.  Second, movant has not properly served Bank of America, N.A. and Bank of New York-Mellon, N.A. pursuant to FRBP 9013, 9014 and 7004(h) by certified mail as FDIC-insured depositary institutions at their addresses listed on the FDIC Bank Find search feature.  Third, the moving papers do not give meaningful notice to Bank of America and Bank of New York-Mellon that the trustee seeks an order negating the ordered distribution on their secured claims because no meaningful information was given in the moving papers about the loans and collateral relating to these secured claims for them to make an informed decision about allowing the money ordered to them will be redistributed (or converted) to the estate to pay other creditors.  Fourth, the motion is based on inadmissible hearsay that Bank of America and Bank of New York-Mellon no longer want their money ordered by the court.  Appearances are required on 5/30/17.